E-Filed: **6/16/09**

JS - 6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rufus L. McCalister, Jr.** ) | **CASE NO. CV 09-3472-GHK (MANx)** |
| **Plaintiff,** ) | |
| ) | **JUDGMENT** |
| **v.** ) | |
| ) | |
| **Countrywide Home Loans, Inc., et al,** ) | |
| ) | |
| **Defendants.** ) | |

Pursuant to our June 16, 2009 Order dismissing Defendants Countrywide Home Loans, Inc. and ReconTrust Company, **IT IS HEREBY ADJUDGED** that Defendants shall have judgment against Plaintiff on all claims.  Plaintiff shall take nothing by his Complaint.  The Notice of Pendency of Action **SHALL** be **EXPUNGED**.

**IT IS SO ORDERED.**

DATED: June 16, 2009

_____
GEORGE H. KING
United States District Judge